IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK E. SISNEROZ, | ) | CV F 01-5058 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER GRANTING |
| | ) | DEFENDANT'S *EX PARTE* |
| v. | ) | REQUEST FOR EXTENSION |
| | ) | OF TIME |
| BILL WHITMAN, et al., | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

     Defendants Bill Whitman, et al. have filed an *ex parte* request for extension of time to file a brief requested by the court's order of April 11, 2005, on the need for new trial based on improper jury instruction. Good cause appearing, Defendants' request for extension of time is HEREBY GRANTED.

     The prior briefing deadline of April 22, 2005, is hereby VACATED. Defendants shall file and serve their brief on or before April 29, 2005.


IT IS SO ORDERED.

**Dated:   April 22, 2005**          /s/ Anthony W. Ishii
h2ehf                    UNITED STATES DISTRICT JUDGE