UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank E. Sisneroz<br><br>                    Plaintiff,<br><br>     v.<br><br>Bill Whitman, *et al.*<br><br>                    Defendants. | Case No. **CV-01-5058 AWI DLB**<br><br>**ORDER GRANTING REQUEST FOR EXTENSION OF TIME TO FILE DEFENDANTS BRIEF IN RESPONSE TO ORDER TO SHOW CAUSE** |

The request of Defendants, BILL WHITMAN, et al., for extension of time to September 23, 2005, to file their brief in response to Order to Show Cause is hereby granted pursuant to United States District Court, Eastern District local rule 6-144(d).

IT IS SO ORDERED.

**Dated:    September 2, 2005**              /s/ Anthony W. Ishii
h2ehf                                                          UNITED STATES DISTRICT JUDGE