IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. SISNEROZ,<br><br>          Plaintiff,<br><br>  v.<br><br>BILL WHITMAN, et al.,<br><br>          Defendant. | CV 01-5058 AWI DLB<br><br>**ORDER VACATING JUDGMENT PURSUANT TO F.R.C.P. # 59 AND SCHEDULING FURTHER STATUS CONFERENCE**<br><br>[Document # 94] |

In this action for damages and injunctive relief by plaintiff Frank E. Sisneroz ("Plaintiff") against defendant Bill Whitman, et al. ("Defendants"), the court's order filed August 23, 2005, directed Defendants to show cause why the jury verdict in favor of Defendants rendered on March 25, 2004, should not be vacated and a new trial ordered. The court's order of August 23, 2005 (the "August 25 Order") specifically directed Defendants to address the issue of whether instructions given to the jury pertaining to the burden of proof on Plaintiff's fifth claim for relief, which were determined to have been erroneous, were nonetheless harmless. On September 23, 2005, Defendants submitted their response to the court's August 25 Order, in which they conceded the instructional error was not harmless. The court therefore adopts both the reasoning and conclusion set forth in the August 25 Order and concludes Plaintiff's jury was erroneously instructed as to the burden of proof regarding Plaintiff's fifth claim for relief and that the error constitutes prejudicial, reversible error.

THEREFORE, for the reasons set forth in the August 25 Order, it is ORDERED that the jury verdict of March 25, 2004, in favor of Defendants on Plaintiff's claim for relief is hereby VACATED pursuant to Rule 59 of the Federal Rules of Civil Procedure. The parties shall appear telephonically at a further status conference to be held at 3:30 p.m. on Monday, November 14, 2005. Defendants shall arrange contact with Plaintiff and shall institute the call to chambers poly-com telephone line at (559) 498-7486.

IT IS SO ORDERED.

**Dated:   November 7, 2005**                     **/s/ Anthony W. Ishii**
h2ehf                                              UNITED STATES DISTRICT JUDGE