IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANK E. SISNEROZ, ) | CV 01-5058 AWI DLB |
| ) | |
| Plaintiff, ) | ORDER DIRECTING |
| ) | FURTHER BRIEFING |
| v. ) | |
| ) | |
| BILL WHITMAN, et al., ) | |
| ) | |
| Defendant. ) | |
| _____) | |

    In this action for damages and injunctive relief by plaintiff Frank E. Sisneroz ("Plaintiff") against defendant Bill Whitman, et al. ("Defendants"), the court vacated the prior judgment in favor of defendants on November 8, 2005. Thereafter, the parties entered into a stipulated agreement settling all monetary claims by Plaintiff, including claims for damages, punitive damages, fees, and costs. The stipulation leaves open the issue of what injunctive relief plaintiff is entitled to, if any. At the present time, the court is uncertain as to what specific items of injunctive relief plaintiff intends to pursue, if any. The court finds that short, concise statements by the parties setting forth their positions with regard to injunctive relief would be helpful at this point. After the requested short statements are received, the court may schedule a hearing or request further briefing or motions as the court deems most conducive to resolving the issue of injunctive relief.

THEREFORE, the court hereby ORDERS that Plaintiff shall file and serve a short, plain and concise statement of those specific items of injunctive relief to which Plaintiff believes he is entitled.  The statement shall be filed not later than twenty-one (21) days from the date of service of this order.  Defendant shall, within fourteen (14) days of the date of service of Plaintiff's statement, file and serve a short, concise statement in response.  Defendants' statement shall include a short statement of grounds for opposition to each request for injunctive that Defendants oppose.  Plaintiff may file and serve a response to Defendants' opposition within seven (7) days of the date of service of Defendants' statement.

IT IS SO ORDERED.

**Dated:   December 6, 2005**            **/s/ Anthony W. Ishii**
h2ehf                                     UNITED STATES DISTRICT JUDGE