UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Frank E. Sisneroz<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Bill Whitman, *et al.*<br><br>　　　　　Defendants. | Case No. **CV 01-5058 AWI DLB**<br><br>**ORDER ON STIPULATION RESOLVING ISSUE OF MONETARY AWARD** |

　　　The parties hereto, wishing to avoid a re-trial on issues previously presented to a jury in the above-entitled action, stipulate as follows:

　　　1.  Plaintiff Frank Sisneroz agrees to accept the sum of seven-thousand, five hundred dollars ($7,500.00) in full settlement of his claim for monetary compensation in the above-entitled action. This amount is intended to resolve all claims for a monetary recovery, including any claims for damages, punitive damages, fees, and costs.

　　　2.  The funds specified above will be paid in the form of a check payable to Frank E. Sisneroz, and will be mailed to Angelita Torres, 627 W. Union Avenue, Porterville, California 93257 via registered mail.  A return receipt showing delivery to that address will be considered sufficient proof of full and complete performance of the defendant's obligation to deliver payment.

3. This stipulation resolves all matters at issue between the parties in the above entitled action except it does not resolve the issue of what injunctive relief, if any, the plaintiff is entitled to. That issue will remain to be determined by the court.

Dated:  November 14, 2005                    /s/ Frank E. Sisneroz
                                             Frank E. Sisneroz

Dated: November 22, 2005                     /s/ Teresa M. Saucedo for
                                             Kathleen A. Taylor
                                             Counsel for Defendants

IT IS SO ORDERED.

**Dated:    December 8, 2005                 /s/ Anthony W. Ishii**
0m8i78                                       UNITED STATES DISTRICT JUDGE