**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FRANK E. SISNEROZ, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> BILL WHITMAN, et al., ) <br> ) <br> Defendants ) <br> _____ ) | CV F 01-5058 AWI DLB <br><br> ORDER ON PETITIONER'S <br> *EX PARTE* REQUEST FOR <br> EXTENSION OF TIME TO <br> FILE A REQUEST FOR <br> INJUNCTIVE RELIEF |

Petitioner Frank Sisneroz ("Petitioner") has filed an *ex parte* request for extension of time to file a request for injunctive relief pursuant to the court's order of September 6, 2006. Good cause appearing, Petitioner's request for extension of time is HEREBY GRANTED.

Petitioner shall file and serve his request on or before October 16, 2006. Defendants shall reply to Petitioner's request for injunctive relief not later than November 6, 2006. All other orders set forth in the court's order of September 6, 2006, remain in effect.

IT IS SO ORDERED.

**Dated:   October 3, 2006**          /s/ Anthony W. Ishii
h2ehf                                              UNITED STATES DISTRICT JUDGE