IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| FRANK E. SISNEROZ, | ) | CV F 01-5058 AWI DLB |
| | ) | |
| Plaintiff, | ) | ORDER ON DEFENDANT'S |
| | ) | *EX PARTE* REQUEST FOR |
| v. | ) | EXTENSION OF TIME |
| | ) | |
| BILL WHITMAN, et al., | ) | |
| | ) | |
| Defendants | ) | |

Defendants Bill Whitman, et al. have filed an *ex parte* request for extension of time to file a responsive brief to Plaintiff's objection to this Court's Order of August 31, 2006, directing Plaintiff to show cause why the requests for injunctive relief should not be denied. Good cause appearing, Defendants' request for extension of time is HEREBY GRANTED.

Defendants shall file and serve their responsive brief on or before November 17, 2006.


IT IS SO ORDERED.

**Dated:   November 15, 2006**           /s/ Anthony W. Ishii
0m8i78                                              UNITED STATES DISTRICT JUDGE